FILED

04 JUL -8 PM 1:58

U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| **SERRA CHEVROLET, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | **HONORABLE VIRGINIA** |
| | ) | **EMERSON HOPKINS** |
| | ) | |
| **v.** | ) | **Case No.: CV-01-HS-2682-S** |
| | ) | |
| **GENERAL MOTORS CORP.,** | ) | **ENTERED** |
| **Defendant.** | ) | |

JUL - 8 2004

**ORDER GRANTING MOTION TO COMPEL**

On June 23, 2004, the Plaintiff filed a motion to compel. Doc. 55. The Defendant has

not filed a response opposing the motion. Accordingly, the motion is **granted**. The

Defendant may file a motion to reconsider this order, stating in such motion all grounds it

would raise in opposition to the motion to compel. Such motion shall be filed no later than

July 12, 2004. If a motion to reconsider is timely filed, any reply shall be filed no later than

July 14, 2004 and the motion to reconsider will be heard in Courtroom 6A at 10:00 a.m. on

July 16, 2004.

**DONE** and **ORDERED** this _8_ day of July, 2004.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

59