FILED
04 DEC -1 PM 4:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SERRA CHEVROLET, INC., | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) CV-01-P-2682-S |
| GENERAL MOTORS CORPORATION, | ) |
| Defendant. | ) |

## JOINT WITHDRAWAL OF PENDING MOTIONS

The plaintiff, Serra Chevrolet, Inc., has pending a Motion for Sanctions (doc. 94). The defendant, General Motors Corporation, has pending a Motion to Compel (doc. 89). The parties are in the process of attempting to resolve those motions and are hopeful that they will be successful. As such, the plaintiff and defendant jointly withdraw the pending motions without prejudice and reserve the right to refile, if necessary.

_____
One of the Attorneys for Plaintiff

OF COUNSEL:

Thomas E. Baddley, Jr., Esq.
Jeffrey P. Mauro, Esq.
BADDLEY & MAURO, LLC
2545 Highland Avenue, Suite 201
Birmingham, AL 35205

_____
One of the Attorneys for Defendant

OF COUNSEL:

Jere F. White, Jr.
Terrence W. McCarthy
Sanford G. Hooper
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203