FILED
2005 Feb-07 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SERRA CHEVROLET, INC., | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | CV-01-HS-2682-S |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION SCHEDULE

Defendant, General Motors Corporation (GM), pursuant to this Court's Order of February 7, 2005, hereby gives notice that the following depositions have been scheduled in this case:

1. **GM Employees**

    a.  William Hepburn – February 11, 2005 in Detroit, Michigan

    b.  Tim Jones – March 8 & 9 in Detroit, Michigan

    c.  Ronte Smith – March 16, 2005 in Atlanta, Georgia

2. **Serra Employees**

    a.  Daniel Blackerby – March 3, 2005 in Birmingham

    b.  Marty Brill – March 3, 2005 in Birmingham

3. **Retired Employees of GM**

Plaintiff has requested the depositions of three retired GM employees, all of whom live outside the state of Alabama. The parties and witnesses have agreed on the following dates for their depositions:[1]

    a.    S.D. Moore – February 22, 2005 in South Lake Tahoe, California

    b.    Larry Hall – February 24, 2005 in Tallahassee, Florida

    c.    Ron Sobrero – March 10, 2005 in Detroit, Michigan

                            */s/*
                              One of the Attorneys for Defendant
                              General Motors Corporation

OF COUNSEL:

Jere F. White, Jr. (WHI007)
Terry W. McCarthy (MCC119)
Sanford G. Hooper  (HOO033)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

---

[1] These witnesses are no longer under the control of GM and are outside of the Court's subpoena power but they have voluntarily agreed to make themselves available for deposition on the respective dates listed.  In the event any of these witnesses decide not to go forward with their depositions as scheduled, the parties will promptly notify the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Thomas E. Baddley, Jr., Esq. and Jeffrey P. Mauro, Esq.

_____
OF COUNSEL