FILED
 2005 May-09 PM 05:48
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SERRA CHEVROLET, INC.,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO. CV-01-HS-2682-S** |
| v. ) | |
| ) | |
| **GENERAL MOTORS** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE WHY DEFENDANT
## GENERAL MOTORS CORPORATION SHOULD NOT BE SANCTIONED

Before the Court is the Motion for Sanctions (doc. 115), filed by the plaintiff Serra Chevrolet, Inc.  On February 7, 2005, the court held the defendant General Motors Corporation ("GM") in contempt for failing to comply with this court's Order, entered on August 28, 2004, compelling GM to comply with the plaintiff's document production requests numbers 2, 3, and 4.  In the instant motion for sanctions, the plaintiff argues that GM remains in contempt of this court's Order due to its failure to produce all documents subject to the plaintiff's discovery requests.  The motion has been fully briefed, but the parties' briefs fail to resolve whether GM has cured its noncompliance with this court's orders.

Accordingly, GM is **ORDERED** to appear before this court on May 16, 2005,

at 2:00 p.m., to **SHOW CAUSE** why it should not be sanctioned for failing to produce "[a]ny and all documents, in hard copy or in electronic format, regarding General Motors' Satellite Program …" as requested in plaintiff's document request number 2, and ordered by this court in its Orders of August 28, 2004 (doc. 70), and February 7, 2005 (doc. 110).  The court will hold a hearing and take testimony on the matter.  GM is directed, on pain of contempt sanctions, to have present before the court a witness or witness(es) having personal knowledge as to GM's satellite program and dealerships in the State of Hawaii.

GM is further **ORDERED TO SHOW CAUSE** why it should not be sanctioned for its failure to preserve documents following this court's Order of January 28, 2004 (doc. 36), in which the court ruled that evidence of GM's misallocation of vehicles from 2001 onward was within the proper bounds of discovery.

**DONE** and **ORDERED** this 9th day of May, 2005.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge