FILED
2005 Jun-14 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SERRA CHEVROLET, INC.,** ) | |
|       **Plaintiff** ) | |
| ) | |
| **v.** ) | Case No.: CV-01-2682-VEH |
| ) | |
| **GENERAL MOTORS CORP.** ) | |
|       **Defendant.** ) | |

## ORDER DENYING MOTION TO ALTER, AMEND, VACATE OR MODIFY ORDER GRANTING MOTION FOR SANCTIONS

Having considered Defendant's Motion to Alter, Amend, Vacate or Modify Order Granting Order for Sanctions, including all materials submitted therewith, and having considered the Plaintiff's Opposition to such motion, the motion is hereby **DENIED**.

The Defendant shall pay the monetary sanctions amount, $700,000, to the Clerk of Court within 15 days of today's order.

**DONE** and **ORDERED** this 14th day of June, 2005.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge