# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SERRA CHEVROLET, INC.,** | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) Case No.: CV-01-2682-VEH |
| | ) |
| **GENERAL MOTORS CORP.** | ) |
| **Defendant.** | ) |

## ORDER

Defendant, General Motors Corporation, is hereby **ORDERED** to show cause, within eleven (11) days from the date of this Order, why the evidentiary submission, Exhibit 34 (doc. 223), should not be struck as violating Fed. R. Civ. P. 56 and this court's Order regarding summary judgment motions.

**DONE** and **ORDERED** this 23rd day of May, 2006.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge