# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SERRA CHEVROLET, INC.,** )<br>**Plaintiff** )<br> )<br>**v.** )<br> )<br>**GENERAL MOTORS CORP.,** )<br>**Defendant.** )<br> ) | Case No.: 2:01-cv-02682-VEH |

## ORDER VACATING AUGUST 28, 2006, ORDER AND SUBSTITUTING ORDER OF SEPTEMBER 25, 2006 *NUNC PRO TUNC*

On August 28, 2006, the court erroneously entered "ORDER AND OPINION ON PLAINTIFF'S RENEWED MOTIONS FOR SANCTIONS". (Doc. 240). That document omitted discussion and the rulings that had been included in the final draft of Doc. 240. What should have been entered as Document 240, but was not, was OPINION AND ORDER ON PLAINTIFF'S RENEWED MOTION FOR SANCTIONS, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DEFENDANT'S MOTION FOR COUNTER-SANCTIONS.

Accordingly, Document 240, "ORDER AND OPINION ON PLAINTIFF'S RENEWED MOTIONS FOR SANCTIONS", is **VACATED** and the Order styled

## OPINION AND ORDER ON PLAINTIFF'S RENEWED MOTION FOR SANCTIONS, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR COUNTER-SANCTIONS,

which is being filed on even date herewith is substituted, *nunc pro tunc,* in its place.

**DONE** and **ORDERED** this 25th day of September, 2006.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge