# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SERRA CHEVROLET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV 01 HS 2682 S |
| GENERAL MOTORS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR STAY AND EXTENSION OF DEADLINES

Come now the parties in the above styled cause and jointly move the Court for an Order staying the instant lawsuit and extending all current deadlines in the above styled matter and as ground therefore state as follows:

1.  That a productive mediation was held in Atlanta, Georgia on December 15, 2006, conducted by Eddie Leitman, Esq., and significant progress was made toward reaching a resolution by and between the parties, including a tentative settlement agreement.

2.  The parties need additional time to work on the mediation and have agreed to a deadline of January 15, 2007, for the proposed agreement reached at the mediation agreement to be approved or rejected. If approved, the settlement will result in a dismissal with prejudice of this litigation.

3.  Should the settlement agreement be approved, the parties will immediately notify this Court and prepare the appropriate settlement agreement and order of dismissal with prejudice of the instant litigation. The parties anticipate that this could occur by February 1, 2007.

1

WHEREFORE, premises considered, the parties request that the Court grant an Order staying this lawsuit until January 16, 2007, and extending all established deadlines for 45 days and for such other, further and different relief as to which the Movants may be otherwise entitled.

            /s/ Thomas E. Baddley, Jr.
            One of the Attorneys for Plaintiff
            Serra Chevrolet, Inc.

OF COUNSEL:

Thomas E. Baddley, Jr., Esq.
Jeffrey P. Mauro, Esq.
BADDLEY & MAURO, LLC
2545 Highland Avenue, Suite 100
Birmingham, Alabama 35205

            /s/ Jere F. White, Jr.
            One of the Attorneys for Defendant
            General Motors Corporation

OF COUNSEL:

Jere F. White, Jr., Esq.
Terry W. McCarthy, Esq.
Sanford G. Hooper, Esq.
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Thomas E. Baddley, Jr., Esq. and Jeffrey P. Mauro, Esq.

            OF COUNSEL